No. 819. CANADIAN RIVER GAS CO. *v.* HIGGINS, FORMERLY COLLECTOR OF INTERNAL REVENUE. May 27, 1946. The motion for leave to file petition for rehearing out of time is granted, and the petition for rehearing is denied. 327 U. S. 793.

No. 894. MORGAN *v.* PARKER, WARDEN. June 3, 1946.

No. 622. BRADEY, ADMINISTRATRIX, *v.* UNITED STATES, AS REPRESENTED BY WAR SHIPPING ADMINISTRATION. June 3, 1946. The motion for leave to file a petition for rehearing out of time is granted, and the petition for rehearing is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. 326 U. S. 795.

No. 985. O'NEIL *v.* BURKE, WARDEN, ET AL. June 3, 1946. Second petition for rehearing denied.

No. 952. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION ET AL. June 10, 1946.

No. 971. STASSI *v.* UNITED STATES. June 10, 1946.

No. 1020. SYKES *v.* PENNSYLVANIA. June 10, 1946.

No. 1033. GILLESPIE *v.* COMMISSIONER OF INTERNAL REVENUE. June 10, 1946.

No. 1049. TEXAS *v.* BALLI ET AL. June 10, 1946.